UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Triple Crown Nutrition, Inc.,

Court File No. 01-292 (PAM/JGL)

Plaintiff,

vs.

Old Republic Insurance Company and Assurance Company of America,

Defendants.

---

# ORDER OF DISMISSAL WITHOUT PREJUDICE

Based upon the stipulation of Plaintiff Triple Crown Nutrition, Inc. ("Triple Crown") and Defendant Assurance Company of America ("Assurance"),

IT IS HEREBY ORDERED that:

Triple Crown's claims shall be dismissed without prejudice as to Assurance, with each side to bear its own costs, disbursements, and attorneys' fees. Nothing contained herein shall affect the claims and defenses between Triple Crown and Defendant Old Republic Insurance Company.

Dated: August 31, 2001

BY THE COURT:

Paul A. Magnuson, Judge

159781.1

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Triple Crown Nutrition, Inc.,

Plaintiff,

vs.

Old Republic Insurance Company
and Assurance Company of America,

Defendants.

Court File No. 01-292
(PAM/JGL)

---

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSURANCE COMPANY OF AMERICA

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Triple Crown Nutrition, Inc. ("Triple Crown") and Defendant Assurance Company of America ("Assurance"), through their respective counsel, as follows:

1. Triple Crown voluntarily dismisses its claims against Assurance without prejudice pursuant to Federal Rule of Civil Procedure 41. Each party will bear its own costs, disbursements, and attorneys' fees.

2. This Stipulation does not affect the claims and defenses between Triple Crown and Defendant Old Republic Insurance Company.

Dated: August 21, 2001.

MASLON EDELMAN BORMAN & BRAND, LLP

Mark W. Lee, #184214
Laura E. Walvoord, #275487
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

ATTORNEYS FOR PLAINTIFF
TRIPLE CROWN NUTRITION, INC.

COUSINEAU, MCGUIRE & ANDERSON,
CHARTERED

Peter G. Van Bergen, #112033
Andrea E. Reisbord, #22411X
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

ATTORNEYS FOR DEFENDANT
ASSURANCE COMPANY OF AMERICA

159765.1

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500